# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3035MN

_____

In re:                                    *
Frederick McKenzie; Thelma Mercedes        *
McKenzie,                                  *
                                           *
                                           *
              Debtors,                     *
_____                      *    Appeal from the United States
                                           *    District Court for the District
Stephen T. Mitchell,                       *    of Minnesota.
                                           *
              Appellant,                    *        [UNPUBLISHED]
                                           *
      v.                                    *
                                           *
Brian F. Kidwell,                           *
                                           *
              Appellee.                     *

_____

Submitted:  May 15, 1998
Filed:  June 1, 1998

_____

Before RICHARD S. ARNOLD and FAGG, Circuit Judges, and BOGUE,* District
      Judge.

_____

PER CURIAM.

_____

      *The Honorable Andrew W. Bogue, United States District Judge for the District
of South Dakota, sitting by designation.

Stephen T. Mitchell appeals the district court's order declining to review an order of the bankruptcy court holding Mitchell in civil contempt because Mitchell failed to file timely objections to the challenged order.  Although Mitchell's objections to the order were not timely filed, nevertheless, we have reviewed the underlying record and conclude the order was properly entered because Mitchell  failed to produce information he had been ordered to produce that was in his possession or reasonably obtainable.  For this reason we affirm the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.